UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN THE MATTER OF                )
                                )
Diane J. Pontarelli             )    Chapter 13
                                )    No. 13-34863
                                )    Hon. Judge Barnes
                                )
            debtor              )

n/k/a Winthrop Bank @ pnb

AGREED REPAYMENT AND DEFAULT ORDER

This cause coming on to be heard on the Motion of North Shore Community Bank and Trust, successor to Diamond Bank FSB ("Creditor") for relief from the Automatic Stay, with respect to the property commonly known as 730 S. Roosevelt, Arlington Heights, Illinois ("Property"), and the debtor, Diane J. Pontarelli ("Debtor") agreeing to the terms of this Order, due notice having been given and the court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1. The Debtor and Creditor agree that the following payments are due and owing to the Creditor by the Debtor post-petition arrearage ("Post Petition Arrearage"):

| 2013 | Amount |
|---|---|
| October | $2,657.00 |
| November | $2,657.00 |
| December | $2,657.00 |
| | |
| 2014 | |
| January | $2,657.00 |
| August | $3,661.91 |
| | |
| Total: | $14,289.91 |

2. Under the terms of the Chapter 13 Plan, the Debtor is obligated to pay to the Creditor and hereby agrees to pay to the Creditor the current, post-petition, monthly mortgage payments, as follows:
   a. On or before 03/15/15 the Debtor shall pay $3,661.92 to the Creditor as the current monthly mortgage payment.
   b. On or before 03/30/15 the Debtor shall pay $3,572.48 to the Creditor, which sum shall be applied to the Post-petition Arrearage.
   c. On or before 04/15/15 the Debtor shall pay $3,661.92 to the Creditor as the current monthly mortgage payment.

1

d. On or before 04/28/15 the Debtor shall pay $3,572.48 to the Creditor, which sum shall be applied to the Post-petition Arrearage.

e. On or before 05/15/15 the Debtor shall pay $3,661.92 to the Creditor as the current monthly mortgage payment;  @ pmb

f. On or before 05/30/15 the Debtor shall pay $3,572.48 to the Creditor, which sum shall be applied to the Post-petition Arrearage.

g. On or before 06/15/15 the Debtor shall pay $3,661.92 to the Creditor as the current monthly mortgage payment.

h. On or before 06/30/15 the Debtor shall pay $3,572.48 to the Creditor, which sum shall  @ pmb be applied to the Post-petition Arrearage.

3. The Debtor must pay and the Creditor must receive the payments set forth above on or before the due dates.

4. If the Creditor does not receive any of the above payments on or before the due date (a "Default") and the Creditor (i) provides email notice to the Debtor's attorney of such Default and (ii) if the Debtor fails to make the proper payment on or before fourteen (14) calendar days after email notification to the Debtor's attorney, then upon the Creditor filing electronically with the Clerk of the Court notice of the failure to cure such Default, without further Order of Court, the stay shall be automatically terminated as to the Creditor, its principals, agents, successors, and assigns and the Creditor may continue with its foreclosure of the property commonly known as 730 S. Roosevelt, Arlington Heights, Illinois, as well as enforce any of its other rights under the note and mortgage against the Debtor and any co-debtor.

5. Notwithstanding the provisions in paragraph 4 above, in the event the Debtor defaults more than one time in the payments referred to above in paragraph 2, then on the second default, the payment made by the Debtor must be made within seven (7) calendar days after email notification to the Debtor's attorney. If the debtor fails to make the payment on or before seven (7) calendar days after email notification to the Debtor's attorney, then upon the Creditor filing electronically with the Clerk of the Court, notice of the failure to cure such default, without further Order of Court, the stay shall be automatically terminated as to the Creditor, its principals, agents, successors, and assigns and the Creditor may continue with its foreclosure of the property commonly known as 730 S. Roosevelt, Arlington Heights, Illinois, as well as enforce any of its other rights under the note and mortgage against the Debtor and any co-debtor.

5. The payments referred to above shall be paid to the Creditor either electronically or in the form of cashier's or certified checks the following branch offices: North Shore Community Bank and Trust, ~~8700 Lincoln Avenue, Skokie, Illinois~~ n/k/a Wintrust Bank, 7800 Lincoln, Skokie, IL   ② pmb

6. In the event the Debtor accrues a two (2) month default in his payments required under his Chapter 13 Plan to the Trustee, and the Creditor provides email notice to the Debtor's attorney of such default, and if the Debtor fails to cure such default with the Trustee on or before fourteen (14) calendar days after email notification to the Debtor's attorney, then upon the Creditor filing electronically with the Clerk of the Court, notice of the failure to cure such default, then, without further Order of Court, the stay shall be automatically terminated as to the

2

Creditor, its principals, agents, successors, and assigns and the Creditor may continue with its foreclosure of the property commonly known as 730 S. Roosevelt, Arlington Heights, Illinois as well as enforce any of its other rights under the note and mortgage against the Debtor and any co-debtor.

7. In the event this Chapter 13 proceeding is converted to a Chapter 7, dismissed or discharged, then this Order shall be terminated and be of no further effect.

8. The Creditor agrees that in addition to the notices required above, it shall provide written notice to the Debtor via first class mail on the day on which such notice is provided to Debtor's counsel.

Agreed to by:

_[signature]_ Dated: 2-22-15
Debtor

_[signature]_ Dated: 2/22/15
Debtor's Counsel of Record

_[signature]_ Dated: 2-24-15
Creditor's counsel

Dated: **- 2 MAR 2015**                    ENTER: _[signature]_

Robert L. Pattullo, Jr. (#6183761)
Law Offices of Robert L. Pattullo, Jr., P.C.
70 WEST MADISON SUITE 3970
CHICAGO, IL 60602
(312) 281-3860
(312) 254-3247[FAX]

3