UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | |
| Diane J. Pontarelli ) | Chapter 13 |
| ) | No. 13-34863 |
| ) | Hon. Judge Barnes |
| debtor ) | |

### REPAYMENT AND DEFAULT ORDER

This cause coming on to be heard on the Debtor's Motion to Reinstate the Automatic Stay as to North Shore Community Bank and Trust, successor to Diamond Bank FSB ("Creditor, with respect to the property commonly known as 730 S. Roosevelt, Arlington Heights, Illinois ("Property"), and the debtor, Diane J. Pontarelli ("Debtor") having cured her defaults under the terms of the March 2, 2015 Agreed Repayment and Default Order, the parties agreeing to the terms of this Order, due notice having been given and the court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1. The Debtor agrees she will make or cause to be made on or before the due date set forth below the following post-petition mortgage payments due under her mortgage with the Creditor:

   a. On or before 08/15/15 the Debtor shall pay $3,661.92 to the Creditor for the August 2015 monthly mortgage payment.
   b. On or before 09/15/15 the Debtor shall pay $3,661.92 to the Creditor for the September 2015 monthly mortgage payment.
   c. On or before 10/15/15 the Debtor shall pay $3,661.92 to the Creditor for the October 2015 monthly mortgage payment.
   d. On or before 11/15/15 the Debtor shall pay $3,661.92 to the Creditor for the November 2015 monthly mortgage payment.

2. If the Creditor does not receive any of the above payments on or before the due date (a "Default") and the Creditor (i) provides email notice to the Debtor's attorney of such Default and (ii) if the Debtor fails to make the proper payment on or before three (3) calendar days after email notification to the Debtor's attorney, then upon the Creditor filing electronically with the Clerk of the Court notice of the failure to cure such Default, without further Order of Court, the stay shall be automatically terminated as to the Creditor, its principals, agents, successors, and assigns and the Creditor may continue with its foreclosure of the property commonly known as 730 S. Roosevelt, Arlington Heights, Illinois, as well as enforce any of its other rights under the note and mortgage against the Debtor and any co-debtor. The Debtor hereby acknowledges that there

1

is no right to cure any default after expiration of the three (3) day period set forth above.

    3. The payments referred to above shall be paid to the Creditor either electronically or in the form of cashier's or certified checks the following branch offices: North Shore Community Bank and Trust, 7800 Lincoln Avenue, Skokie, Illinois.

    4. In the event the Debtor accrues a two (2) month default in her payments required under her Chapter 13 Plan to the Trustee, and the Creditor provides email notice to the Debtor's attorney of such default, and if the Debtor fails to cure such default with the Trustee on or before fourteen (14) calendar days after email notification to the Debtor's attorney, then upon the Creditor filing electronically with the Clerk of the Court, notice of the failure to cure such default, then, without further Order of Court, the stay shall be automatically terminated as to the Creditor, its principals, agents, successors, and assigns and the Creditor may continue with its foreclosure of the property commonly known as 730 S. Roosevelt, Arlington Heights, Illinois as well as enforce any of its other rights under the note and mortgage against the Debtor and any co-debtor.

    5. In the event this Chapter 13 proceeding is converted to a Chapter 7, dismissed or discharged, then this Order shall be terminated and be of no further effect.

    6. The Creditor agrees that in addition to the notices required above, it shall provide written notice to the Debtor via first class mail on the day on which such notice is provided to Debtor's counsel.

Agreed to by:

_____ Dated: 8/10/15
Debtor

_____ Dated: 8/10/15
Debtor's Counsel of Record

_____ Dated: 8/10/15
Creditor's counsel

Dated: 10 AUG 2015

ENTER: _____

Robert L. Pattullo, Jr. (#6183761)
Law Offices of Robert L. Pattullo, Jr., P.C.
70 West Madison Suite 3970
Chicago, Il. 60602
(312) 281-3860
(312) 254-3247[FAX]

2